■ In the Matter of KENNETH GAYNOR, Respondent, v NASSAU COUNTY CIVIL SERVICE COMMISSION, Appellant.—Appeal by the Nassau County Civil Service Commission from a judgment of the Supreme Court, Nassau County (Goldstein, J.), entered December 8, 1989.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Goldstein at the Supreme Court. Kunzeman, J. P., Kooper, Sullivan and Lawrence, JJ., concur.